02-12-148-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00148-CV

 

 


 
 
 In re James Michael Tesi
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and application
for temporary relief, which we construe as a motion for temporary relief, and
is of the opinion that relief should be denied.  Accordingly, relator’s
petition for writ of mandamus and motion for temporary relief are denied.

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

 

DELIVERED: 
April 19, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).